IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

        -v-                                      26-CV-1675

THE PREMISES, AND REAL PROPERTY
WITH BUILDINGS, APPURTENANCES,
AND IMPROVEMENTS AT 260 PLYMOUTH
AVENUE, BUFFALO, NEW YORK, THAT IS,
ALL THAT TRACT OR PARCEL OF LAND,
SITUATEDIN THE CITY OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK,
AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN THE
ERIE COUNTY CLERK'S OFFICE BOOK
11436, PAGE 4242,

                        Defendant *in rem*.

---

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by its attorneys, Michael DiGiacomo, United States

Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States

Attorney, of counsel, for its verified complaint herein alleges as follows:

1.     This is an action *in rem* for the forfeiture of:

> The Premises, Buildings, Appurtenances, Improvements, and Real
> Property located at 260 Plymouth Ave, Buffalo, New York 14213 that
> is, all that tract or parcel of land, situate in the City of Buffalo, County
> of Erie, State of New York, more particularly described in a certain deed
> recorded in the Erie County Clerk's Office, Book: 11436, Page 4242,
> attached as **Exhibit A** (hereinafter the "defendant real property").

2.     The defendant real property is subject to forfeiture pursuant to (a) Title 21,

United States Code, Section 881(a)(7) as property, which is used, or intended to be used, in

any manner or part, to commit, or facilitate the commission of violations of Title 21, United

1

States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics), (b) Title 21, United States Code, Section 881(a)(6), Title 18, United States Code, Section 984 and Title 19, United States Code, Section 1621, as property of value traceable to proceeds furnished by any person in exchange for a controlled substance in violation of Title 21, United States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics), (c) pursuant to Title 18, United States Code, Section 981(a)(1)(C) as property constituting proceeds from specified unlawful activity, specifically proceeds from violations of Title 21, United States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics); and/or (d) Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering transactions or traceable to such property, in violation of Title 18, United States Code, Section 1957 (Money Laundering – Spending Statute).

### JURISDICTION AND VENUE

3.      The jurisdiction of this Court is invoked pursuant to Title 28, United States Code, Sections 1345, 1355, and 1395. Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Sections 1355 and 1395. The defendant real property is located in the Western District of New York.

### FACTS

4.      The facts and circumstances supporting the forfeiture of the defendant property is contained in the Affidavit of Special Agent Justis Nelson, a copy of which is attached hereto as **Exhibit B** and incorporated as though fully set forth herein and has been provided to the Court with an application that it remain under seal until further Order of the Court.

2

## CONCLUSION AND REQUESTS FOR RELIEF

5.      The government submits that the defendant real property is subject to forfeiture pursuant to (a) Title 21, United States Code, Section 881(a)(7) as property, which is used, or intended to be used, in any manner or part, to commit, or facilitate the commission of violations of Title 21, United States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics), (b) Title 21, United States Code, Section 881(a)(6), Title 18, United States Code, Section 984 and Title 19, United States Code, Section 1621, as property of value traceable to proceeds furnished by any person in exchange for a controlled substance in violation of Title 21, United States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics), (c) pursuant to Title 18, United States Code, Section 981(a)(1)(C) as property constituting proceeds from specified unlawful activity, specifically proceeds from violations of Title 21, United States Code, Section 846 (narcotics conspiracy) and Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute and distribution of narcotics); and/or (d) Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering transactions or traceable to such property, in violation of Title 18, United States Code, Section 1957 (Money Laundering – Spending Statute).

**WHEREFORE**, the United States of America respectfully requests that:

a.      a Notice of Complaint for Forfeiture against real property be issued for the defendant real property;

b.      Notice of this action be given to all persons known or thought to have an interest in or right against the defendant real property;

c.      a judgment be entered declaring the defendant real property condemned and forfeited to the United States of America for disposition in accordance with the law;

d.　　the costs of this suit be paid to and recovered by the United States of America; and

e.　　the Court grant such other and further relief as deemed just and proper.


DATED: August 10 2026. Buffalo, New York

MICHAEL DIGIACOMO
United States Attorney

BY:　s/MELANIE J. BAILEY
Assistant U.S. Attorney
United States Attorney=s Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5863

STATE OF NEW YORK )
COUNTY OF ERIE ) ss.:
CITY OF BUFFALO )

I, Special Agent Justis Nelson, being duly sworn, deposes and says:

I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to Buffalo, New York. I am assigned to the investigation of the defendant real property located at 260 Plymouth Avenue, Buffalo, New York. The facts alleged in the Verified Complaint for Forfeiture are true to the best of my knowledge and belief and were obtained during the course of the investigation of the defendant real property from the official files of the FBI and provided to the officials of the United States Department of Justice, United States Attorney's Office.

JUSTIS NELSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to
before me this 10th day of August 2026.

Lauren E. Schroeder

Notary Public, State of New York
Qualified in Eric County
Commission Expires 09/27/2029

LAUREN E. SCHROEDER
Notary Public, State of New York
Reg. No. 02SC6422541
Qualified in Erie County
Commission Expires September 27 2029

5